# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROLONDO STEWART

NO. 2021 KW 1420

**JANUARY 31, 2022**

---

In Re:    Rolondo Stewart, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 29441, 33376, 33377, 33378, & 33379.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT